# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0233. HOLLY RESTAURANT & SPORTS, LLC d/b/a SKYBOXX RESTAURANT & SPORTS BAR, LLC v. CLAYTON COUNTY.**

Clayton County suspended the business and liquor licenses of Holly Restaurant & Sports, LLC d/b/a Skyboxx Restaurant & Sports Bar, LLC ("Holly Restaurant"). The decision was affirmed by the county review board, and Holly Restaurant appealed to the superior court, which dismissed the appeal. Holly Restaurant filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). An application is required even if the superior court dismisses the appeal. See *Hardwick v. Barnes*, 193 Ga. App. 127, 127 (386 SE2d 927) (1989). Because Holly Restaurant failed to comply with the discretionary appeal procedure, we lack jurisdiction. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/21/2021*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*